**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SYLVESTER O. BARBEE,                                                              PLAINTIFF
ADC #131311

v.                                        NO: 5:14CV00265 JLH/HDY

CHERI ELLIS, *et al.*                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      The motion for summary judgment filed by defendants Angelika Smarjesse and Aundrea Weekly is GRANTED IN PART AND DENIED IN PART.  Document #17.

2.      The motion is granted with respect to plaintiff's claims against Smarjesse.  Plaintiff's claims against Smarjesse are dismissed without prejudice, and Smarjesse is removed as a party defendant.

3.      The motion is denied in all other respects.

DATED this 7th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE