IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVESTER O. BARBEE                                                                                PLAINTIFF

V.                                        NO: 5:14CV00265 JLH/JWC

CHERI ELLIS *et al.*                                                                            DEFENDANTS

## ORDER

Mail sent to Plaintiff at his address of record has been returned as undeliverable (docket entries #72, #78, & #84-#87).  Plaintiff is directed to provide his current mailing address no later than 30 days after this order's entry date.  Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this 14th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE