**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SYLVESTER O. BARBEE                                                                                    PLAINTIFF

v.                                          NO. 5:14CV00265 JLH/HDY

CHERI ELLIS, *et al.*                                                                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Partial Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Troy Moore's motion for summary judgment (docket entry #69) is GRANTED, and Plaintiff's claims against Moore are DISMISSED WITHOUT PREJUDICE.

2. Moore's motion to compel (docket entry #66) is DENIED AS MOOT.

DATED this 17th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE