# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SYLVESTER O. BARBEE,                                                              PLAINTIFF
ADC #131311

v.                                      NO. 5:14CV00265 JLH/JWC

CHERI ELLIS, *et al.*                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Marie Austin's motion for summary judgment (docket entry #121) is GRANTED, and plaintiff's claims against Austin are DISMISSED WITHOUT PREJUDICE.

2. Austin's motion to compel (docket entry #106) is DENIED AS MOOT.

DATED this 1st day of March, 2016.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE