IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVESTER O. BARBEE, PLAINTIFF
ADC #131311

v. NO. 5:14CV00265 JLH/JWC

CHERI ELLIS, *et al.* DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendants Jason Boyd and John Doe are DISMISSED WITHOUT PREJUDICE.

DATED this 1st day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE