# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SYLVESTER O. BARBEE                                                                                   PLAINTIFF
ADC #131311

V.                                    NO: 5:14CV00265 JLH

CHERI ELLIS *et al.*                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendants Cheri Ellis and Aundrea Weekly, and without prejudice in all other respects; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE